# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2026-2234

————————————————

TRACY ROBINSON,

    Appellant,

    v.

JIBRI KNIGHT, a/k/a JIBRI
KHALID HAMMOND KNIGHT, a/k/a
JIBRI KHALEID KNIGHT, and
CORD BYRD, in his official
capacity as Secretary of State of
Florida,

    Appellees.

————————————————

On appeal from the Circuit Court for Leon County.
David Frank, Judge.

August 3, 2026

PER CURIAM.

Upon review of Appellant's initial brief, this court finds no basis for reversal and therefore affirms pursuant to Florida Rule of Appellate Procedure 9.315(a).

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Tracy Robinson, pro se, Appellant.

No appearance for Appellees.